UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x
BRICKLAYERS INSURANCE AND WELFARE
FUND, BRICKLAYERS PENSION FUND,
BRICKLAYERS SUPPLEMENTAL ANNUITY
FUND, BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL PENSION FUND, NEW YORK
CITY AND LONG ISLAND JOINT
APPRENTICESHIP AND TRAINING FUND,
INTERNATIONAL MASONRY INSTITUTE, and
JACK ARGILA, in his fiduciary capacity as
Administrator and Chairman of Trustees,
BRICKLAYERS LOCAL 1, INTERNATIONAL
UNION OF BRICKLAYERS AND ALLIED CRAFT
WORKERS, and BRICKLAYERS LABOR
MANAGEMENT COMMITTEE,

    Civil Action No. 25-CV-137 (NRM) (PK)

    **MOTION FOR**
    **DEFAULT JUDGMENT**

                 Plaintiffs,

          - against -

KATRIN HAKIMI and
J.T. MAGEN & COMPANY INC.,

                 Defendants.
---------------------------------------x

    Plaintiffs request the entry of judgment by default against defendant KATRIN HAKIMI pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and Rule 55.2(a) of the Local Rules for the Eastern District of New York. In support of this request, plaintiffs rely upon the record in this case and the declaration of JACK ARGILA submitted herewith.

Dated: New York, New York
       May 15, 2025

                                      DOAR RIECK KALEY & MACK

                                      Attorneys for Plaintiffs
                                      By: Joel A. Siegel, Esq., Of Counsel
                                      217 Broadway, Suite 707
                                      New York, New York 10007
                                      (212) 619-3730